FILED

1:29 pm Feb 23 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

JoeNEll L Rice

(Enter above the full name of the plaintiff in this action)

VS.

James JeNKiNS, KeviN R.
FiliqTRauT, NoRThERNdistRicT
of oHio COURTSixthciR.

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. ___1:21cv419___

JUDGE ___Barker___

**COMPLAINT**

Magistrate Judge Parker

I.    Previous Lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ☐  NO ☐

    B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit

        Plaintiffs_____

        _____

        Defendants_____

        _____

    2. Court (if federal court, name the district; if state court, name the county)

        _____

    3. Docket Number _____

    4. Name of judge to whom case was assigned_____

-2-

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.  Approximate date of filing lawsuit_____

7.  Approximate date of disposition_____

II.  Place of Present Confinement_____

A.  Is there a prisoner grievance procedure in this institution?    YES ☐  NO ☐

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☐    NO ☐

C.  If your answer is YES,

1.  What steps did you take?_____

_____

_____

2.  What was the result?_____

_____

_____

D.  If your answer is NO, explain why not_____

_____

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐    NO ☐

F.  If your answer is YES,

1.  What steps did you take?_____

_____

2.  What was the result?_____

_____

- 3 -

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A.    Name of the Plaintiff  JoeNell  Rice #607-24-060
         AlleN Wood USP PO Box 3000
Address  White DEER, PA. 17887

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Use item C for the names, positions and places of employment of any additional defendants).

B.    Defendant  James JeNKiNS                        is employed as
          PUBlic DefendeR
         FedeRul lAwyeR          at NoRtheRN distRicT of oHio

C.    Additional Defendants KeviN R. FiliqTRauT, The NoRtheRN
         DistRicT of oHio SixTh ciRcuit CouRT.

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph.  Use as much space as you need. (Attach extra sheet(s) if necessary).

I'm SUeiNg  James JeNKiNS foR INeffecTive qsisSTaNce BecaUse He pRomised me 36 MoNths To get me To cop ouT and qssooN qs I coped out The CouRT. aRmed caRReeRed me and gave me 15 yeqRs IN Jail, TheN MR. James JeNKiNs was FuRtheR INeffective Because oN FeB 12, 2015 He filed and FRilvoulouce Bogust PRe Pleq motion

I.

COURT avauleation so the court was inviolation of my fourthteenth amendment dueprocess Rights By unlawfully doing this to me, supreme court case called Peffers V. UnitedStates confirms this moment of truth, James Jenkins was also infurther violation of my sixth amendment right Because on august 2, 2016 on my sentencen day He failed to mention to the court that I have a mental Retardation disorder illness, He failed to mention to the court that I'm Bipolar, I'm skinsofrantic, I fall under the law called mentalcopacity, he could of filed and motion on my Behalf and presenting this, had the court give me a downway departure sentence Reduction for my mental Disorders Because this is my fourthteenth amendment Dueprocess Right, supreme court case called Wiggins V. Smith 539 US. 510 535, 123 S. CT, 2527, 156 L. Ed 2d 471(2003) confirms this moment of truth sir, James Jenkins waived my court hearing on March 15, 2016 with out my couldsent or knouledge and which he was inviolation of my sixthamentRight agin By unlawfully doing this to me, he was inviolation of my fifth amendmentRight By unlawfully doing this, The court was infurther violation of my fifth amendment Right Because I have the Right to face all my accusers sir, The court was inviolation of my fourthteenth amendment Dueprocess Right Because They

2.

armed careered me for 3 Robberys That was committed in the state of Ohio and unarmed felony 3 attempted Robbery is not a crime of violent in the state of Ohio and my state court called Cuyahoga County. 1200 ontario street. cleveland, ohio. 44113 can confirm This moment of Truth sir, That means By This not being violent in my state court That means The feds cannot make This violent federal Because Thats a violation of my dueprocess Rights sir See felony 3, felony 4, felony 5 is Not violent in my state court called cuyahoga, The only felonys Thats violent in my state court is felony 1, felony 2 and which I have NON on my Record and my court can also confirm This moment of Truth sir, JUST Toput more Icying on The cake sir supreme court case called UNited states V. Yates 866 F3d 723 June 13,20 says 29.11 02 (A)(3) do not qulify as a crime of violence USSG§ 4B1 1(a)(3) In The state of Ohio sixth circuit court, I'm sueing Prosequtor Kevin R. filiatraut Because on August 2, 2016 on my sentencen day he lied To Judge Donald Nugent, The court Because he said That I have To Be armed careered and Donald Nugent ask him Two Times can I have a downway departure, he flat out lied and said NO, which my mental disorders over Rides all Inhancements doti The law called mental copacity

3.

and The court Recomended for me To Be sent To a Federal medical Center Do To my mental health issues so They can Be TReated PRoperly BuT They Took it up Themsetfs and sent me a USP lockdown JAil, my mental health has got worseR I hear Voices all The Time THAt Tells me To do BAd Things, I almost lost my life MARCH 25, 2020 Because They put and INMATe iN my cell THAt had 70 years, after I Took my medicen He BrutillyassAuted me and The Jail Rushed me To The RuBy UNiVeRsity hospital IN westVirginiq, Booth of my eyes was Black, close and They X Rayed me and said THAt I got 4 BRoken Bones IN my face siR, They have Not did know suRgRy so I still have 4 Broken Bones IN my face siR, my medical Records here oN Bop file CoNfiRms This MOMENT of TRuth siR, I feaR foR my life Being here siR This is PAiN and suffeRing, cRuel and unuselepunishment, which This is a Violation of my eighTh amendment Right, also a Violation of my fifthamendment Right SO I'M sueing foR 40 million dollaRs foR Thease BigTime Violations of my UNiTed STaTes CONSTiTUTioN RighTS Beéng, Been ViolAted By The CouRT

- 4 -

(Statement of Claim Continued)

IN my Name With out my couldsent OR Knouledge Which was, is a violation of my fifth amendment Right, Then The COURT granted This Bogust motion Feb, 17, 20E Which The COURT is also INViolation of my fifth amendment Right Because They aloud This To UNlawfully happen To me Because Feb. 5, 2015 When I got arrained By Judge donald Nugent and The The COURT I PUT on COURT ROOM Recording. Record That I Would like To Be PRESENT DUReing all my COURT hearings, PROceedures So No Elegal BUisNes will Take place aginst me from The COURT OR The COURT lawyer Which is my fifth amendment Right Called I have The Right To face all accussers and Then James JeNKins was IN further Violation of my Sixth amendment Right Because He aloud The COURT To send me To Two diffrent mental health court avauleations and The COURT is only aloud send a PERSON To one mental health

- 5 -

## V.   Relief

(State briefly exactly what you want the court to do for you.. Make no legal arguments.. Cite no cases or statutes).

I WaNT 40 Million dollars aNd if you guys do Not WaNT Me To exspose This aT TRial Then I Will seTTle for 12 Million dollars SiR

Signed this ___29___ day of ___NoVemBeR___, 19__2020__

I declare under penalty of perjury that the foregoing is true and correct.

___NoVemBeR 29, 2020___              ___Jaenell Rice___
(Date)                               (Signature of Plaintiff)